UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JET SOURCE CHARTER, INC., a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEMINI AIR GROUP, INC., an Arizona Corporation, *et al.*,<br><br>　　　　　Defendants. | Civil No. 07CV433-L(JMA)<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS** |

Currently pending before the court is Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). On May 17, 2007, Plaintiff filed an amended complaint. An amended complaint supersedes a prior complaint as a pleading. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990). Where a plaintiff elects to file an amended complaint, a district court may treat an existing motion to dismiss as moot. Accordingly, Defendants' motion to dismiss is **DENIED AS MOOT**. This order is **WITHOUT PREJUDICE** to Defendants moving to dismiss Plaintiffs' amended complaint.

**IT IS SO ORDERED**.

DATED: May 18, 2007

　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL