# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED** OCT 1 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JET SOURCE CHARTER, INC.,

V.

GEMINI AIR GROUP, INC., ET AL.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   2007CV0433-JLS

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment as to negligence is entered in favor of Jet Source Charter, Inc., in the amount of $13,200.00.

| October 1, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | A. Hamas |
| | (By) Deputy Clerk |

ENTERED ON October 5, 2010

[Case Number]